UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BRUCE CALWAY

VERSUS

N. BURL CAIN, WARDEN

CIVIL ACTION

NO. 05-2160

SECTION "R"(6)

### ORDER

The Court, having reviewed *de novo* the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly, IT IS ORDERED that plaintiff's petition for *habeas corpus* is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 12th day of December, 2006.

SARAH S. VANCE
UNITED STATES DISTRICT JUDGE